## DOUGLAS JAYNES *v.* COMMISSIONER OF CORRECTION

The petitioner Douglas Jaynes' petition for certification for appeal from the Appellate Court, 61 Conn. App. 404 (AC 19880), is denied.

*Raymond J. Rigat*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided February 28, 2001

## RAMON RIVERA *v.* COMMISSIONER OF CORRECTION

The petitioner Ramon Rivera's petition for certification for appeal from the Appellate Court, 61 Conn. App. 905 (AC 19911), is denied.

VERTEFEUILLE and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*David B. Rozwaski*, special public defender, in support of the petition.

*Robert M. Spector*, deputy assistant state's attorney, in opposition.

Decided February 28, 2001